Form 3A
(10/05)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

In re __Melvin Knight__,    Case No. __08-5693__
Debtor

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __75.00__    Check one  ☐ With the filing of the petition, or
                              ☐ On or before __March 14th__.
   $ __75.00__    on or before __March 25th__.
   $ __75.00__    on or before __April 11th__.
   $ __74.00__    on or before __April 25th__.

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____
Signature of Attorney    Date    Signature of Debtor __Melvin D. Knight__    Date __3-11-08__
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____
Signature of Joint Debtor (if any)    Date

MAR 11 2008

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

Clerk, U.S. Bankruptcy Court

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 11 2008
KENNETH S. GARDNER, CLERK
PS REP. - RD

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____Illinois_____

In re  _Melvin Knight_,  
          Debtor

Case No. _____

Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or  
                               ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: _3-11-08_

_____  
Kenneth S. Gardner, Clerk of the Court